**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------   x

ALEJANDRO HUGGINS, on behalf of                      :
himself and others similarly situated                :
                                                     :
        *Plaintiff, and Lead*        :
        *Plaintiff for the Proposed*   :   Civil Action No. 18-001037-PAC
        *Class,*                       :
  v                                                 :   **NOTICE OF MOTION TO OVERRULE**
                                                     :   **OBJECTIONS TO AND TO COMPEL**
CHESTNUT HOLDINGS INC.; 1425 U                       :   **RESPONSES TO REQUESTS FOR**
LLC; and JONATHAN WIENER                             :   **PRODUCTION AND**
                                                     :   **INTERROGATORIES**
        *Defendants*                   :

--------------------------------------------------   x

**To:**    Daniel C. Moreland
       Neresa De Biasi
       Clifton Budd & DeMaria, LLP
       *Attorneys for Defendants*
       350 Fifth Avenue, Suite 6110
       New York, New York 10118

       **PLEASE TAKE NOTICE** that upon the attached Declaration of Scott Simpson, dated

November 28, 2018, and the exhibits annexed thereto, the accompanying Memorandum of Law in

Support of Plaintiff's Motion to Overrule Objections to and to Compel Responses to Requests for

Production and Interrogatories, and upon all prior pleadings and proceedings herein, Plaintiff

Alejandro Huggins, through his attorneys, Beranbaum Menken LLP, will move this Court before

the Honorable Paul A. Crotty, United States District Judge, at the United States Courthouse, 500

Pearl Street, New York, New York, Courtroom 14C, for an Order pursuant to Fed. R. Civ. P. 37

overruling Defendants' objections to Plaintiff's Requests to Produce 11, 13, 16-19, 21-26, and 30,

2

and Defendant's objections to Plaintiff's Interrogatories 1, 6, 8, and 9, and compelling Defendants

to provide responsive documents to Plaintiff's Requests to Produce 11, 13, 16-19, 21-26, and 30,

and Interrogatories 1, 6, 8, and 9 by a date certain, and for any other such relief as the Court finds

just and proper.

Dated: New York, New York                      /s/ Brenna Rabinowitz
      November 28, 2018                         Brenna Rabinowitz
                                                        Scott Simpson
                                                         Beranbaum Menken LLP
                                                         *Attorneys for Plaintiff*
                                                         80 Pine Street
                                                         New York, NY 10005
                                                         Tel: 212-509-1616
                                                         Fax: 212-509-8088