## Sefik Gunes

**From:** Mark Kaspiev
**Sent:** Friday, February 05, 2016 12:54 PM
**To:** eileen@durnangroup.com
**Subject:** Alejandro Hugging - Date of Injury 10/21/15

Eileen,

As per our conversation, Mr. Huggins is currently employed with us. His alleged injury happened on 10/21/15 and he took off one week and used his sick time. He was paid for these days and therefore had no loss of income.

Should you require anything further, please feel free to contact me again.

Sincerely,

Mark Kaspiev
*Managing Field Director*

Chestnut Holdings of New York, inc.
5676 Riverdale Ave – Suite 307
Bronx, NY 10471
mkaspiev@chestnutholdings.com
ph.  718.543.8200 x389
fax. 718.543.8600

1