# 1425 U LLC

January 3, 2018

Alejandro Huggins
1425 University Avenue
Apt – Super
Bronx, NY 10452

RE: Disciplinary Report

Dear Mr. Huggins:

The following disciplinary report towards you, Alejandro Huggins, the Super at 1425 University Avenue is based on information gathered by me, Ian Stowe, the Field Manager of the premises on behalf of 1425 U LLC, c/o Chestnut Holdings of New York, Inc. You have failed to perform the following tasks in accordance with your job description:

- Failure to Follow Protocol

It has come to my attention that you have failed to properly follow protocol. When it is necessary to order oil for your building, you must speak directly with Debbie, myself, or Sefik, you are not to leave any voicemails.

It is expected that you follow proper procedures and policies along with a compliant attitude and failure to do so can severely jeopardize your employment. Please consider the severity of these occurrences and monitor your building in accordance with your job description.

Please note that if the aforementioned incidents and behavior are repeated, you leave us no alternative but to pursue further disciplinary action.

Sincerely,

*[signature]*

Ian Stowe
Field Manager

IS:an

**VIA HAND DELIVERY**

Chestnut Holdings of New York Inc.
5676 Riverdale Ave. Suite 307, Bronx NY 10471 | Tel: (718) 543-8200 | Fax: (718) 543-8600 | www.chestnutholdings.com

DEF - 00109



# CHESTNUT HOLDINGS OF NEW YORK, INC
# CERTIFIED BUILDING MAINTENANCE LOG

**Tenant's Name:** Alejandro Huggins   **Date:** 12/27/17
**Address:** 1425 University   **Apt.:** SUPER
**Home Telephone:** _____   **Work Telephone:** _____

Tenant ☐   Sublet ☐   Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM
Emergency Repair ( )   Repair ( )   General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

**Description:** SUPER WRITE UP

On 12/26/17 super Alejandro Huggins failed to speak to a live person regarding the ordering of oil. He left voicemail with Deb.

**Signature of Resident:**

THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT

**Date Maintenance Work Completed:**

**Comments:**

**Signature of Field Manager:** [signature]

**Signature of Superintendent:**

DEF - 00110

# Sefik Gunes

**From:** Ian Stowe
**Sent:** Wednesday, February 14, 2018 9:33 AM
**To:** Sefik Gunes
**Subject:** 1425 university timesheet report alejandro huggins 2-14-18

As instructed by the office, I went to 1425 university at around 2pm on Tuesday 2/13/2018 to instruct the super Alejandro Huggins on how to properly fill out the new company time sheets. I had Celedonio Collazo the super from around the corner at 1340 Merriam meet us at 1425 to both save time by explaining to two supers at once and to translate anything that Alejandro may not understand in English. We sat down in the basement of the building with my only intent to explain how to fill out the time sheet. This is how the conversation began but almost immediately Alejandro indicated that he will not be filling anything out. He cited his open lawsuit against the company and continuously said he wasn't doing anything until he spoke to his lawyer. I listened to him but asked that he just hear me out and learn how to fill out the forms because he's going to have to learn how to do this moving forward. He was not hostile or agitated and he agreed. So I instructed both him and Celedonio on how to properly fill out the form and informed them that all managers will be picking these up from supers every Monday. After I was done explaining how to fill out the time sheets came a cascade of complaints including being indirectly forced to work weekends, specifically regarding garbage. He expressed that technically they are off on weekends but if they do not do the garbage they will receive a sanitation ticket for which they will be held accountable. He expressed annoyance for a time period when Sefik made him clean and send pictures of the boiler oil filter every single day for a month in addition to expressing general concern that he was being overworked. I calmly listened to everything he had to say and informed him that we are taking his concerns seriously.

*Ian Stowe*
Field Manager



Chestnut Holdings of New York Inc. | 5676 Riverdale Ave. Suite 307, Bronx, NY 10471
T:(718) 543-8200 x357 | F:(718) 543-8600 | IStowe@chestnutholdings.com | www.chestnutholdings.com

1

DEF - 00111

# 1425 U LLC

April 3, 2018

**VIA HAND DELIVERY**
Alejandro Huggins
1425 University Avenue
Super's Apartment
Bronx, NY 10452

RE:  Disciplinary Report

I am writing to provide you with a written warning because you have failed to follow procedure. Specifically, On March 12, 2018, you failed to correctly clean and reinstall the oil filter on the boiler. This caused the boiler to malfunction and turn off for 6 hours. As a result of your failure, we were forced to have a professional technician come in to fix the boiler. Take notice that it is part of your job responsibilities, as Superintendent at 1425 University Avenue, Bronx, NY, to properly maintain the boiler.

It is expected that you follow proper procedures and policies. Failure to do so will severely jeopardize your employment. Please consider the severity of these occurrences and monitor your building in accordance with your job responsibilities.

Please note that if the aforementioned incidents and behavior are repeated, you leave us no alternative but to pursue disciplinary action up to and including termination.

Sincerely,

Ian Stowe
Field Manager


Chestnut Holdings of New York Inc.
5676 Riverdale Ave. Suite 307, Bronx NY 10471 | Tel: (718) 543-8200 | Fax: (718) 543-8600 | www.chestnutholdings.com

DEF - 00112



# CHESTNUT HOLDINGS OF NEW YORK, INC
## CERTIFIED BUILDING MAINTENANCE LOG

Tenant's Name: Super - Alejandro Huggins    Date: 3/22/18
Address: 1425 University Ave    Apt.: SUPER
Home Telephone: _____    Work Telephone: _____

Tenant ☐    Sublet ☐    Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM
Emergency Repair ( )    Repair ( )    General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )    Second ( )    Third ( ) attempt to contact you.

Description: Super Write Up

On March 12, 2018 Super @ 1425 University Ave Alejandro Huggins failed to correctly clean and re-install the boiler oil filter properly. This caused the boiler to malfunction and turn off for a total of 6 hours from 9:22am until 3:22pm. We were forced to send a professional boiler technician to resolve the issue. It was he who let us know what had transpired regarding the oil filter.

Signature of Resident: _____

THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT

Date Maintenance Work Completed: _____

Comments:

Signature of Field Manager: [signed]

Signature of Superintendent: _____

DEF - 00113