# 1425 U LLC

**VIA HAND DELIVERY**
May 4, 2018

Alejandro Huggins
1425 University Avenue
Super's Apartment
Bronx, NY 10452

RE: Disciplinary Report

I am providing you with a written warning because you failed to perform your duties. Specifically, on May 2, 2018, I performed a weekly inspection of the building and noticed a pile of recyclables that were not disposed of. You indicated to me that this was 2 to 3 weeks' worth of recycles and you are refusing to bring this out for recycling. As a result, the recycles are piling up and are not being dealt with. Going forward, the time that it reasonably takes to bring the previous weeks' recycles out for collection on Sunday will be accounted for by allowing you to start later on Monday morning for the amount of time it took to complete this task.

It is expected that you follow proper procedures and policies. Failure to do so will severely jeopardize your employment. Please consider the severity of these occurrences and monitor your building in accordance with your job responsibilities.

Please note that if the aforementioned incidents and behavior are repeated, you leave us no alternative but to terminate your employment.

Sincerely,

Zohar Yaish
Field manager



Chestnut Holdings of New York Inc.
5676 Riverdale Ave. Suite 307, Bronx NY 10471  |  Tel: (718) 543-8200  |  Fax: (718) 543-8600  |  www.chestnutholdings.com

DEF - 00119

**Adam Nierenberg**

From: Zohar Yaish
Sent: Friday, May 04, 2018 8:00 AM
To: Adam Nierenberg
Cc: Michael Gargy
Subject: Re: 1425 University Super issue

Hey Adam
As per sefik
The original below email has all the info and is sufficient this time.

Thanks


Sent from my Sprint Samsung Galaxy S® 6.


-------- Original message --------
From: Adam Nierenberg <ANierenberg@chestnutholdings.com>
Date: 5/4/18 7:51 AM (GMT-05:00)
To: Zohar Yaish <ZYaish@chestnutholdings.com>
Cc: Michael Gargy <MGargy@chestnutholdings.com>
Subject: RE: 1425 University Super issue

Zohar,

Please indicate why you would like to write the super up on a Maintenance Log Form and present to Sefik for approval. Once he approves the write up, please submit me for processing.

Thanks,

Adam

**Adam Nierenberg**
H.R. Administrator



Chestnut Holdings of New York Inc. | 5676 Riverdale Ave. Suite 307, Bronx, NY 10471
T:(718) 543-8200 x363 | F:(718) 543-8600 | ANierenberg@chestnutholdings.com |
www.chestnutholdings.com

From: Zohar Yaish
Sent: Thursday, May 03, 2018 5:48 PM
To: Adam Nierenberg <ANierenberg@chestnutholdings.com>
Cc: Michael Gargy <MGargy@chestnutholdings.com>
Subject: FW: 1425 University Super issue

Please write up the super for the following

1

DEF - 00120

Failing to do his work duty's
Not advising me of an issue
refusing to follow protocol

**Please make sure to add that taking out the Garbage is part of his responsibilities

See Below
Z

**Zohar Yaish**
Senior Field Manager

 Chestnut Holdings of New York Inc. | 5676 Riverdale Ave. Suite 307, Bronx, NY 10471
T:(718) 543-8200 x351 | F:(718) 543-8600 | ZYaish@chestnutholdings.com | www.chestnutholdings.com

From: Zohar Yaish
Sent: Wednesday, May 02, 2018 12:46 PM
To: Sefik Gunes <sgunes@chestnutholdings.com>
Cc: Hany Nunez <HNunez@chestnutholdings.com>
Subject: 1425 University Super issue

Hey Sefik

I conducted my weekly walk through of 1425 University today. I noticed a pile up of recyclable in the back. when I asked the super Alejandro if it's all from this week he replied that this is 2 - 3 weeks worth. When I asked why he hasnt taken it out he stated he only works Monday through Friday 9Am - 5Pm and the recycables need to be taken out sunday night for pick up. I explained that we all have working hours, and responsibility, and that this is one of his, i asked why he did not advise me if he had an issue and that just deciding on his own not to do it all of a sudden is unacceptable. I then called the Office and asked Hany to translate everything all over in spanish as I wanted to make sure we both understood each other. I had Hany explain that the half hour or so to take the bags to the front will be given to him Monday morning, he stated it take half a day to just do Saturdays garbage. I explained I was not asking him to do Saterday's garbage I was asking that he take the previous weeks recycables out for collection and that the time will be given to him the following morning. ( example : if it took an hour Sunday night, he would start his day Monday morning at 10 Am instead of 9Am. )  or that i'm willing to make a diffrent arrangement that works better but that this is something that has to get done as part of his responsibilities, he refused and stated he will not do it and that's that.

Zohar


Sent from my Sprint Samsung Galaxy S® 6.

DEF - 00121



DEF - 00122