| | |
|---|---|
| **From:** | Zohar Yaish |
| **Sent:** | Friday, May 11, 2018 12:53 PM |
| **To:** | Sefik Gunes |
| **Cc:** | Ben Rieder; Daniel Wiener; Ardon Wiener |
| **Subject:** | 1425 University Super termination. |

Hey Sefik

As agreed I returned to 1425 University to meet with the super Alejandro regarding his write up for refusing to follow protocol and refusing to put the recycling out for collection. I had Gina translate the conversation so that both he and i fully understand each other.

Alejandro unfortunately still stated that he will not bring out the recycling and would not reconsider. I reiterated that any time will be given back the following morning but again he refused.  I terminated Alejandro after making several attempts to resolving this matter.

Zohar


Sent from my Sprint Samsung Galaxy S® 6.

DEF - 00124

## Sefik Gunes

**From:** Sefik Gunes
**Sent:** Friday, May 11, 2018 4:38 PM
**To:** Ben Rieder
**Cc:** Josh Dressler
**Subject:** FW: 1425 University Super termination.

Ben,

Please discontinue his payroll.

### *Sefik Gunes*
Chief Field Director



Chestnut Holdings of New York Inc. | 5676 Riverdale Ave. Suite 307, Bronx, NY 10471
T:(718) 543-8200 | F:(718) 543-8600 | SGunes@chestnutholdings.com | www.chestnutholdings.com

**From:** Zohar Yaish
**Sent:** Friday, May 11, 2018 12:53 PM
**To:** Sefik Gunes <sgunes@chestnutholdings.com>
**Cc:** Ben Rieder <brieder@chestnutholdings.com>; Daniel Wiener <DW@chestnutholdings.com>; Ardon Wiener <ardon@chestnutholdings.com>
**Subject:** 1425 University Super termination.

Hey Sefik

As agreed I returned to 1425 University to meet with the super Alejandro regarding his write up for refusing to follow protocol and refusing to put the recycling out for collection. I had Gina translate the conversation so that both he and i fully understand each other.

Alejandro unfortunately still stated that he will not bring out the recycling and would not reconsider. I reiterated that any time will be given back the following morning but again he refused. I terminated Alejandro after making several attempts to resolving this matter.

Zohar

Sent from my Sprint Samsung Galaxy S® 6.

DEF - 00125

# 1425 U LLC

May 15, 2018

Alejandro Huggins
1425 University Avenue
Supers Apartment
Bronx NY 10452

RE:   Termination of Employment
      1425 University Avenue
      **Bronx NY 10452**

Dear Mr. Huggins:

On May 4, 2018, you were given a disciplinary report due to your failure to perform your duties putting the building's recycling out for collection, despite being informed that you would be compensated for your time. Due to your continued refusal to follow protocol and your supervisor's directive, we hereby confirm that effective Friday, May 11, 2018, your employment with 1425 U LLC as Superintendent of the above-referenced premises was terminated. All pay and benefits appurtenant to your employment will end as of May 11, 2018.

You must vacate the Superintendent's Apartment ("Spt apartment") provided to you coincident to your employment by May 29 2018. During your continued use of the Apartment you must restrict yourself to the Apartment and any common areas necessary to enter and leave that Apartment.

We anticipate and appreciate your cooperation in this matter.

Sincerely,

Zohar Yaish
Field Manager

ZY:mg

**VIA HAND DELIVERY**



Chestnut Holdings of New York Inc.
5676 Riverdale Ave. Suite 307, Bronx NY 10471   |   Tel: (718) 543-8200   |   Fax: (718) 543-8600   |   www.chestnutholdings.com

DEF - 00126