1425 U LLC
5676 RIVERDALE AVE SUITE 307
BRONX NY 10471

1904-5281
664 664
EE ID: 1

Payrolls by Paychex, Inc.

ALEJANDRO HUGGINS
1425 UNIVERSITY AVE
SUPER
BRONX NY 10452

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Alejandro Huggins | | |
| 1425 University Ave | | |
| Super | | |
| Bronx, NY 10452 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 1 | | |
| Home Department: 664 664 | | |
| Pay Period: 12/23/16 to 12/23/16 | | |
| Check Date: 12/23/16    Check #: 28 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 9096.34 |
| Chkg 4760 | 277.05 | 10821.61 |
| **NET PAY** | **277.05** | **19917.95** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | | 2040.00 | 23885.00 |
| | Bonus | | | 300.00 | | 300.00 |
| | Total Hours | | | | 2040.00 | |
| | Gross Earnings | | | 300.00 | | 24185.00 |
| | Total Hrs Worked | | | | | |
| | Phone | | | | | 400.00 |
| | REIMB & OTHER PAYMENTS | | | | | 400.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | $18.60 | 18.60 | 1499.47 |
| | Medicare | $4.35 | 4.35 | 350.68 |
| | Fed Income Tax | M 0 | | 1550.06 |
| | NY Income Tax | M 0 | | 737.29 |
| | NY Disability | | | 30.60 |
| | NY NYC Inc | M 0 | | 498.95 |
| | **TOTAL** | | **22.95** | **4667.05** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 277.05 | 19917.95 |

Payrolls by Paychex, Inc.

**0020 1904-5281** 1425 U LLC · 5676 Riverdale Ave Suite 307 · Bronx NY 10471 · (718) 543-8200

DEF - 00128

1425 U LLC
5676 RIVERDALE AVE SUITE 307
BRONX NY 10471

1904-5281
ORG1:664 664
EE ID: 1          DD

Payrolls by Paychex, Inc.

ALEJANDRO HUGGINS
1425 UNIVERSITY AVE
SUPER
BRONX NY 10452

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Alejandro Huggins | | | | Hourly | | | | 1888.00 | 22705.00 |
| 1425 University Ave | | | | Other Amount | | | 185.00 | | 185.00 |
| Super | | | | Personal | | | | 8.00 | 95.00 |
| Bronx, NY 10452 | | | | Sick | | | | 32.00 | 380.00 |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 1 | | | | Vacation | | | | 80.00 | 950.00 |
| | | | | **Total Hours** | | | | 2008.00 | |
| Home Department: 664 664 | | | | **Gross Earnings** | | | 185.00 | | 24315.00 |
| | | | | **Total Hrs Worked** | | | | | |
| Pay Period: 12/20/17 to 12/20/17 | | | | | | | | | |
| Check Date: 12/22/17    Check #: 81 | | | | Phone | | | | | 600.00 |
| **NET PAY ALLOCATIONS** | | | | **REIMB & OTHER PAYMENTS** | | | | | 600.00 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 4760 | 170.85 | 20134.35 | | Social Security | | | 11.47 | | 1507.53 |
| **NET PAY** | **170.85** | **20134.35** | | Medicare | | | 2.68 | | 352.57 |
| | | | | Fed Income Tax | M 0 | | | | 1572.00 |
| | | | | NY Income Tax | M 0 | | | | 755.41 |
| | | | | NY Disability PFL | | | | | 15.38 |
| | | | | NY Disability | | | | | 30.48 |
| | | | | NY NYC Inc | M 0 | | | | 547.28 |
| | | | | **TOTAL** | | | 14.15 | | 4780.65 |

| NET PAY | THIS PERIOD ($) 170.85 | YTD ($) 20134.35 |
|---|---|---|

1425 U LLC
5676 RIVERDALE AVE SUITE 307
BRONX NY 10471

1904-5281
ORG1:664 664
EE ID: 1          DD

ALEJANDRO HUGGINS
1425 UNIVERSITY AVE
SUPER
BRONX NY 10452

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Alejandro Huggins | | | | Hourly | 40.00 | 12.2500 | 490.00 | 760.00 | 9310.00 |
| 1425 University Ave | | | | **Total Hours** | 40.00 | | | 760.00 | |
| Super | | | | **Gross Earnings** | | | 490.00 | | 9310.00 |
| Bronx, NY 10452 | | | | **Total Hrs Worked** | 40.00 | | | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 1 | | | | | | | | | |
| | | | | Phone | | | | | 200.00 |
| Home Department: 664 664 | | | | **REIMB & OTHER PAYMENTS** | | | | | 200.00 |
| | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Pay Period: 05/05/18 to 05/11/18 | | | | | | | | | |
| Check Date: 05/10/18    Check #: 101 | | | | Social Security | | | 30.38 | | 577.22 |
| **NET PAY ALLOCATIONS** | | | | Medicare | | | 7.11 | | 135.00 |
| | | | | Fed Income Tax | M 0 | | 26.79 | | 520.17 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | NY Income Tax | M 0 | | 15.66 | | 297.54 |
| Check Amount | 0.00 | 0.00 | | NY Disability PFL | | | 0.62 | | 11.78 |
| Chkg 4760 | 397.60 | 7743.33 | | NY Disability | | | 0.60 | | 11.40 |
| **NET PAY** | 397.60 | 7743.33 | | NY NYC Inc | M 0 | | 11.24 | | 213.56 |
| | | | | **TOTAL** | | | 92.40 | | 1766.67 |

| NET PAY | | THIS PERIOD ($) 397.60 | YTD ($) 7743.33 |
|---|---|---|---|

Payrolls by Paychex, Inc.

**0020 1904-5281** 1425 U LLC • 5676 Riverdale Ave Suite 307 • Bronx NY 10471 • (718) 543-8200

DEF - 00130