

# Health Application Form

## Section 1: Employer Information

Employer Name: Chestnut Holdings
Employer Address: 5676 Riverdale Avenue Suite 307
City: BRONX    State: New York    Zip: 10471
Hire Date: 7-24-2015

## Section 2: Employee Information

Employee Name: HUGGINS (Last)   ALEJANDRO (First)   M.I.
Date of Birth: [redacted] 1948
Address: 1425 UNIVERSITY AV
BRONX (City)   NY (State)   10452 (Zip)
Job Title: SUPER

Marital Status: ☐ Single  ☐ Divorced  ☒ Married  ☐ Widowed
Home Phone: (   )    Cell Phone: (347) 692 5875
E-mail Address: HUGGINS04DLG HOTMAIL.COM    Hours Worked per Week: 40
Spouse's Employer: ___    Spouse's Business Phone: (212) 470 9998

## Section 3: Other Insurance Coverage

Are you or any dependent(s) disabled ☐ YES ☒ NO   If YES, please indicate name(s): ___

Do you or your spouse have other health insurance? ☒ YES ☐ NO   If YES, name of Carrier: ___
Policy Holder's Name: [redacted]    Policy #: HEALTH FIRST    Effective Date: ___
Name of Covered Dependents: ___

## Section 4: Prior Coverage Information

To eliminate or reduce pre-existing condition waiting periods; a copy of your Certificate of Creditable Coverage from your current carrier will be required when enrollment in the program is completed. Submission of your prior coverage information does not automatically waive any pre-existing condition limitations.

## Section 5: Subscriber / Dependents   (Please complete for employee subscriber and all participating dependents.)

| First Name | MI | Last Name | Social Security # | DOB | Age | M / F | Tobacco Use YES / NO |
|---|---|---|---|---|---|---|---|
| ANA | M | HUGGINS | [redacted] 8927 | [redacted] 1960 |  | F | NO |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## Section 6: Health Plan Enrollment

☐ I elect to participate
☒ I decline participation

Coverage Level
☐ Employee Only
☐ Employee / Spouse
☐ Employee / Child(ren)
☐ Family

Plan Selected
Options provided upon underwriting approval

## Section 7: Health Information

Please furnish us with the height and weight or you and your spouse:

DEF - 00160
Ver.091813