

# CHESTNUT HOLDINGS OF NEW YORK, INC
## CERTIFIED BUILDING MAINTENANCE LOG

Tenant's Name: [redacted]  Date: 2-9-18
Address: 1425 University Av  Apt.: 19
Home Telephone: [redacted]  Work Telephone: ___

Tenant ☐   Sublet ☐   Shareholder ☐

Time Super/Field Manager visited unit: 6:00  ( ) AM (✓) PM
Emergency Repair ( )   Repair ( )   General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

Description:
TOILET TAPADO

Signature of Resident: [redacted]

**THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT**

Date Maintenance Work Completed:

Comments:

Signature of Field Manager: ___

DEF - 00022



# CHESTNUT HOLDINGS OF NEW YORK, INC
## CERTIFIED BUILDING MAINTENANCE LOG

Tenant's Name: [redacted]   Date: 2/16/18
Address: 1425 University Ave   Apt.: 1D
Home Telephone: [redacted]   Work Telephone: ____

Tenant [✓]   Sublet [ ]   Shareholder [ ]

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM
Emergency Repair ( )   Repair ( )   General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

**Description:**
Bathtub was clogged and dirty water would come up.

Signature of Resident: [redacted]

---
THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT

Date Maintenance Work Completed: _____

Comments:

Signature of Field Manager: _____

DEF - 00023



# CHESTNUT HOLDINGS OF NEW YORK, INC
## CERTIFIED BUILDING MAINTENANCE LOG

Tenant's Name: ████████  Date: 2/19/18
Address: 1425 UNIVERSITY AVE  Apt.: 3F
Home Telephone: _____  Work Telephone: _____

Tenant ☐    Sublet ☐    Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM
Emergency Repair ( )   Repair ( )   General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

Description: CHAGE THE TOLET

Signature of Resident: X ████████

**THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT**

Date Maintenance Work Completed:

Comments:

Signature of Field Manager: _____

DEF - 00024



# CHESTNUT HOLDINGS OF NEW YORK, INC
## CERTIFIED BUILDING MAINTENANCE LOG

Tenant's Name: _____  Date: 2/22/18
Address: 1425 UNIVERSITY   Apt.: PH
Home Telephone: _____  Work Telephone: _____

Tenant ☐    Sublet ☐    Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM  ( ) PM
Emergency Repair ( )   Repair ( )   General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

**Description:** Super fixed leak in Kitchen

**Signature of Resident:** [redacted]

THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT
Date Maintenance Work Completed: _____

Comments:

Signature of Field Manager: _____   DEF - 00025



# CHESTNUT HOLDINGS OF NEW YORK, INC
# CERTIFIED BUILDING MAINTENANCE LOG

**Tenant's Name:** [redacted]   **Date:** 2-23-18

**Address:** 1425 university AV   **Apt.:** 5H

**Home Telephone:** _____   **Work Telephone:** _____

Tenant ☐   Sublet ☐   Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM
Emergency Repair ( )   Repair ( )   General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

**Description:**

**Signature of Resident:** X [redacted]

**THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT**

**Date Maintenance Work Completed:**

**Comments:**

**Signature of Field Manager:** _____

DEF - 00026



# CHESTNUT HOLDINGS OF NEW YORK, INC
## CERTIFIED BUILDING MAINTENANCE LOG

**Tenant's Name:** [redacted]  **Date:** 2/28/18
**Address:** 1425 University Ave.   **Apt.:** -3E
**Home Telephone:** [redacted]   **Work Telephone:**

Tenant [✓]   Sublet [ ]   Shareholder [ ]

**Time Super/Field Manager visited unit:** 3:00  ( ) AM (✓) PM
**Emergency Repair ( )**   **Repair ( )**   **General Assistance ( )**
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

**Description:** STill need VANity in bathroom. Fixed sink + unclogged the pipe in bathroom sink. unclogged
2/28/18

**Signature of Resident:** [redacted]

THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT
**Date Maintenance Work Completed:**

**Comments:**

**Signature of Field Manager:** _____   DEF - 00027



# CHESTNUT HOLDINGS OF NEW YORK, INC
## CERTIFIED BUILDING MAINTENANCE LOG

**Tenant's Name** ▮▮▮▮▮▮▮▮▮▮ **Date:** _____

**Address:** 1425 UNIVERSITY AVE   **Apt.:** 3F

**Home Telephone:** _____   **Work Telephone:** _____

Tenant ☐          Sublet ☐          Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM
Emergency Repair ( )       Repair ( )       General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )     Second ( )     Third ( ) attempt to contact you.

**Description:**
TOILET, LAVAMANO COCINA CAMBIO

**Signature of Resident:** ▮▮▮▮▮▮▮▮

---
THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT

**Date Maintenance Work Completed:** _____

**Comments:**


**Signature of Field Manager:** _____                    DEF - 00028



# CHESTNUT HOLDINGS OF NEW YORK, INC
## CERTIFIED BUILDING MAINTENANCE LOG

**Tenant's Name:** [redacted]  
**Date:** 4-20-18  
**Address:** 1425 UNIVERSITY    **Apt.:** 6B  
**Home Telephone:** ___    **Work Telephone:** ___

Tenant ☐    Sublet ☐    Shareholder ☐

Time Super/Field Manager visited unit: ___ ( ) AM ( ) PM  
Emergency Repair ( )    Repair ( )    General Assistance ( )  
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )    Second ( )    Third ( ) attempt to contact you.

**Description:**

KECHANG BASE 42"  
C TAILPIECE FLANGED  
B WASTEBEND

**Signature of Resident:** [redacted]

---

**THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT**

**Date Maintenance Work Completed:** ___

**Comments:**

**Signature of Field Manager:** ___  
**Signature of Superintendent:** [signature]

DEF - 00029

December 2012

# ESTNUT HOLDINGS OF NEW YORK, INC
# BUILDING MAINTENANCE LOG

Date: 12-24-12

Address: 4423 UNIVERSITY AV   Apt.: 2C

Home Telephone: _____   Work Telephone: _____

Tenant ☐   Sublet ☐   Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM
Emergency Repair ( )   Repair ( )   General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

Description: FROM IE TORE

Signature of Resident: [redacted]

THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT

Date Maintenance Work Completed:

Comments:

Signature of Field Manager: _____
Signature of Superintendent: _____

DEF - 00030

# CHESTNUT HOLDINGS OF NEW YORK, INC
# CERTIFIED BUILDING MAINTENANCE LOG

Tenant's Name: [redacted]  Date: 12/26/12
Address: 1425 University Ave   Apt.: 5G
Home Telephone: _____  Work Telephone: [redacted]

Tenant ☐   Sublet ☐   Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM
Emergency Repair ( )   Repair ( )   General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

Description:
3 Spindles

Signature of Resident: [redacted]

THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT

Date Maintenance Work Completed: _____

Comments:

Signature of Field Manager: _____
Signature of Superintendent: [signature]

DEF - 00031

October 2012

# STNUT HOLDINGS OF NEW YORK, INC
# BUILDING MAINTENANCE LOG

Date: 10.3.12

Address: 1425 University  Apt.: #3C

Home Telephone: ███  Work Telephone: ___

Tenant ☑  Sublet ☐  Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM
Emergency Repair ( )  Repair ( )  General Assistance ( )
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )  Second ( )  Third ( ) attempt to contact you.

Description: Super came and fixed two of my locks that were broken.

Signature of Resident: ███

**THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT**

Date Maintenance Work Completed: ___

Comments:

Signature of Field Manager: ___
Signature of Superintendent: [signature]

DEF - 00032

# CHESTNUT HOLDINGS OF NEW YORK, INC
# CERTIFIED BUILDING MAINTENANCE LOG

Tenant's Name: ███  
Date: 10/10/2012

Address: 1425 University Ave.  
Apt.: 6G

Home Telephone: ███  
Work Telephone: ___

Tenant ☐   Sublet ☐   Shareholder ☐

Time Super/Field Manager visited unit: _____ ( ) AM ( ) PM  
Emergency Repair ( )   Repair ( )   General Assistance ( )  
No one was home at time of visit. I am available for rescheduling and can be contacted at #

This has been the First ( )   Second ( )   Third ( ) attempt to contact you.

Description: New stove

Signature of Resident: ███

**THIS SECTION TO BE COMPLETED BY BUILDING SUPERINTENDENT**

Date Maintenance Work Completed: ___

Comments:

Signature of Field Manager: Alyandro  
Signature of Superintendent: ___

DEF - 00033