

CHESTNUT
HOLDINGS

# TIME OFF REQUEST FORM

**Building Address:** 1425 UNIVERSITY **Date:** 11-10-2015

**Employee:** Alejandro Higgins

**Position:** SUPER

**Out From Date:** 10-21-2015

**Back to Work Date:** 11-09-2015

**Who is covering:** Sergio Hernandez **Phone** ___

**Check needed for person covering:** Y N **Please circ**

My Right ANKLE got Twisted when I fell, that is why I Needed to take This Time off

**Reason for request:**

- ☐ Holiday
- ☐ Vacation
- ☐ Personal
- ☑ Sick

**Comments:** R. me torcí el Pies derecho Por tal Rason Tube Que cojer ese Tiempo

**Your request for time off as follows has been approved:** ___

**Your request for time off as follows has been denied for the following reason:** ___

**Supervisor:** [signature] **Date:** 11/19/15

**Management:** ___

Chestnut Holdings of New York Inc. | 5676 Riverdale Ave. Suite 307, Bronx NY 10471
Tel: (718) 543-8200 | Fax: (718) 543-8600 | www.chestnutholdings.com




CHESTNUT
HOLDINGS

ok
8-11-15

## TIME OFF REQUEST FORM

**Building Address:** 1425 University Ave **Date:** 8-11-15

**Employee:** Alejandro Huggins

**Position:** Superintendent

**Out From Date:** 8-10-15

**Back to Work Date:** 8-24-15

**Who is covering:** Calmerino Suarez **Phone** supersphone (AH) 347-692-5875

**Check needed for person covering:** (Y) N **Please circle**

**Reason for request:**

☐ **Holiday** ☑ **Vacation** ☐ **Personal** ☐ **Sick**

**Comments:**

**Your request for time off as follows has been approved:** ______

**Your request for time off as follows has been denied for the following reason:** ______

**Supervisor:** [signature] **Date:** 8-11-5

**Management:** ______

Chestnut Holdings of New York Inc. | 5676 Riverdale Ave. Suite 307, Bronx NY 10471
Tel: (718) 543-8200 | Fax: (718) 543-8600 | www.chestnutholdings.com



ok
4-3-17

## TIME OFF REQUEST FORM

Building Address: 1425 University Ave Date: 4-3-17

Employee: Alejandra Huggins

Position: Superintendent

Building has commercial units: Y (N) Please circle

Out From Date: 4-4-17

Back to Work Date: 5-1-17

Who is Covering: ________ Phone: ________

Check needed for person covering: (Y) N Please circle

Reason for request:

□ Holiday □ Vacation ☒ Personal ☒ Sick

Comments:

Your request for time off as follows has been approved: ________

Your request for time off as follows has been denied for the following reason:

Supervisor: [signature] Date: ________

Human Resources: ________

Chestnut Holdings of New York Inc. | 5676 Riverdale Ave. Suite 307, Bronx NY 10471
Tel: (718) 543-8200 | Fax: (718) 543-8600 | www.chestnutholdings.com

DEF - 00137




## TIME OFF REQUEST FORM

Building Address: 1425 University Ave Date: 4-3-17

Employee: Alejandra Huggins

Position: Superintendent

Building has commercial units: Y (N) Please circle

Out From Date: 4-4-17

Back to Work Date: 5-1-17

Who is Covering: Orlando Phone: 646-671-6899

Check needed for person covering: (Y) N Please circle

Reason for request:

□ Holiday □ Vacation ☒ Personal ☒ Sick

Comments:

Your request for time off as follows has been approved: __________

Your request for time off as follows has been denied for the following reason:

Supervisor: [signature] Date: __________

Human Resources: __________

Chestnut Holdings of New York Inc. | 5676 Riverdale Ave. Suite 307, Bronx NY 10471
Tel: (718) 543-8200 | Fax: (718) 543-8600 | www.chestnutholdings.com

DEF - 00138