

**CHESTNUT**
HOLDINGS

\*\*Español en el lado reverso\*\*

# MEMO

7/4/16

## RE: Payroll- Stopping Paycheck Distribution

Starting with the paycheck dated 7/21/16 we will no longer be distributing physical/paper paychecks. This information will only be available online.

In order to allow you to continue receiving your weekly pay quickly by direct deposit please register for an online account.

Instructions are detailed below once again, in case you have not yet setup an account

<u>Instructions for Online Access</u>

1. Go to **www.paychexflex.com**
2. Click "Sign-Up"
3. Enter your information as instructed (**\*\*be sure to enter your address as shown on your payroll check, even if it is the wrong address**)

-Management