

**CHESTNUT**
HOLDINGS

July 6, 2016

# MEMO

To all employees:

Please find attached your copy of Tax Form 1095-C for tax year 2015. You don't need to do anything with this form, but it should be kept on file for your tax records.

Thank you,
-Management