UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALEJANDRO HUGGINS, on behalf of
himself and others similarly situated,

                 *Plaintiffs*,

  -against-

CHESTNUT HOLDINGS INC.; 1425 U
LLC; and JONATHAN WIENER,

                 *Defendants*.
------------------------------------------------------------X

18 Civ. 1037 (PAC)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

    The Plaintiffs' request for a 45-day extension of the notice period, during which they will call the 151 collective members whose mailed notices were returned undelivered to obtain their current addresses for the purpose of mailing them notice (December 8, 2020 Letter, ECF No. 98), is GRANTED. Accordingly, the notice period will close on February 18, 2021. The parties are directed to confer and produce, as soon as possible, a script Plaintiffs will use to make those calls, and to provide the Court with a copy of that script no later than 48 hours prior to the status conference scheduled for Thursday, January 7, 2021 at 12:30pm.

Dated: New York, New York
      December 21, 2020

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1