# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

June 16, 2021

**VIA ECF**  
Hon. Paul A. Crotty, U.S.D.J.  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007-1312

*[Handwritten annotation: 6/17/2021 — The request (✓) is granted and the matter stayed until 7/9/2021. So ordered. Paul Crotty, USDJ]*

Re: *Alejandro Huggins v. Jonathan Wiener, et al.*  
SDNY Case No. 1:18-cv-01037 (PAC)

Dear Judge Crotty:

This firm represents the defendants in the above-referenced action. Pursuant to Your Honor's Individual Practices, Rules 1.A and 1.E, we write to respectfully request that the proceedings in the above-captioned action and any pending deadlines therein be stayed through Friday, July 9, 2021.

Ari Weisbrot, of the Law Office of N. Ari Weisbrot LLC, has passed away. Prior to his passing, Mr. Weisbrot had served, along with our office, as co-lead counsel for defendants in this matter. Defendants seek the requested stay to assess their representation and make appropriate arrangements for continuing their defense. We have conferred with counsel for plaintiffs, who do not object to this application.

Pursuant to the Case Management Plan and Scheduling Order entered by this Court on February 23, 2021, the parties had been due to complete fact discovery no later than Monday, June 28, 2021. While both named plaintiffs have been deposed, several depositions remain outstanding. Should the stay be granted, Defendants propose that the parties submit a revised case management plan proposing a schedule to complete the remaining depositions, to be submitted by the conclusion of the proposed stay, no later than Friday, July 9, 2021.

CLIFTON BUDD & DeMARIA, LLP

Hon. Paul A. Crotty, USDJ
June 16, 2021
Page 2

We thank the Court for its consideration of this request.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By:  Stephen P. Pischl

cc: **VIA ECF**
BERANBAUM MENKEN LLP
*Attorneys for Plaintiff*

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiffs*