# EXHIBIT 2

| Name | Dates of Service | Wks of Service | FLSA-Eligible Wks of Service | Est. Hrs per Wk | Est. OT Hrs per Wk | Avg. Wkly Wages Pd | RROP | FLSA MW dams | FLSA OT dams | NYLL 195(1) dams | NYLL 195(3) dams | TOTAL | % of awd | Individual Settlement Amt. | Unpaid Wages Total | % Unpaid Wages | Total w/ LDs | % Max. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alejandro Huggins | 8/27/12 - 5/11/18 | 298 | 151 | 69 | 29 | $437.00 | $6.33 | $9,550.75 | $15,895.77 | $2,500.00 | $5,000.00 | $32,946.52 | 0.106266 | $15,882.18 | $25,446.52 | 62.41395 | $58,393.04 | 27.19875 |
| Clinton Jack | 5/24/16 - 4/15/19 | 151 | 151 | 70 | 30 | $437.00 | $6.24 | $10,645.50 | $16,443.90 | $5,000.00 | $5,000.00 | $37,089.40 | 0.119629 | $17,879.29 | $27,089.40 | 66.00107 | $64,178.80 | 27.85857 |
| Domingo Reyes | 1/16/18 - 5/21/18 | 18 | 18 | 72 | 32 | $300.00 | $4.17 | $3,996.00 | $2,090.88 | $5,000.00 | $5,000.00 | $16,086.88 | 0.051887 | $7,754.83 | $6,086.88 | 127.4024 | $22,173.76 | 34.97301 |
| Edyl Ponce | 5/29/13 - 10/21/13 | 21 | 0 | 65 | 45 | $500.00 | $7.69 | 0 | $0.00 | $1,050.00 | $2,000.00 | $3,050.00 | 0.009838 | $1,470.28 | $0.00 | | $3,050.00 | 48.20594 |
| Leonardo Salcedo | 2/6/17 - 1/16/18 | 49 | 49 | 87 | 47 | $550.00 | $6.32 | $3,956.75 | $8,359.89 | $5,000.00 | $5,000.00 | $22,316.64 | 0.071981 | $10,757.95 | $12,316.64 | 87.34481 | $34,633.28 | 31.06245 |
| Antonio Veras | 2002 - 2018 | 832 | 150 | 50 | 10 | $475.00 | $9.50 | $0.00 | $7,125.00 | $0.00 | $5,000.00 | $12,125.00 | 0.039108 | $5,844.97 | $7,125.00 | 82.03467 | $19,250.00 | 30.36348 |
| Felix Urena | 9/30/19 - 11/9/20 | 58 | 78 | 50 | 10 | $595.00 | $11.90 | 0 | $4,641.00 | $5,000.00 | $5,000.00 | $14,641.00 | 0.047223 | $7,057.83 | $4,641.00 | 152.0757 | $19,282.00 | 36.60321 |
| Wilson Paredes | 6/9/14 - 1/26/15 | 33 | 0 | 70 | 30 | $750.00 | $10.71 | 0 | $0.00 | $1,650.00 | $2,000.00 | $3,650.00 | 0.011773 | $1,759.52 | $0.00 | | $3,650.00 | 48.20594 |
| Freddy Ayala | 7/9/15 - 11/20/15 | 19 | 19 | 40 | 0 | $150.00 | $3.75 | $2,660.00 | $0.00 | $5,000.00 | $5,000.00 | $12,660.00 | 0.040834 | $6,102.87 | $2,660.00 | 229.4313 | $15,320.00 | 39.83598 |
| Juan Hilario | 7/9/15 - 12/11/17 | 277 | 130 | 36 | 0 | $200.00 | $5.56 | $7,930.00 | $0.00 | $2,500.00 | $5,000.00 | $15,430.00 | 0.049768 | $7,438.18 | $7,930.00 | 93.79793 | $23,360.00 | 31.84151 |
| Melvin Davis | 11/23/15 - 5/26/17 | 79 | 79 | 18 | 0 | $150.00 | $8.33 | 0 | $0.00 | $5,000.00 | $5,000.00 | $10,000.00 | 0.032254 | $4,820.59 | $0.00 | | $10,000.00 | 48.20594 |
| Fausto DeJesus | 12/19/11 - Present | 484 | 301 | 50 | 10 | $475.00 | $9.50 | 0 | $14,297.50 | $2,500.00 | $5,000.00 | $21,797.50 | 0.070306 | $10,507.69 | $14,297.50 | 73.49319 | $36,095.00 | 29.1112 |
| Michael Rodman | 10/31/12 - 12/24/12 | 8 | 0 | 43 | 3 | $350.00 | $8.14 | 0 | $0.00 | $400.00 | $800.00 | $1,200.00 | 0.003871 | $578.47 | $0.00 | | $1,200.00 | 48.20594 |
| German Perez | 1/1/16 - 7/8/19 | 183 | 183 | 80 | 40 | $500.00 | $6.25 | $14,640.00 | $26,571.60 | $5,000.00 | $5,000.00 | $51,211.60 | 0.165179 | $24,687.03 | $41,211.60 | 59.90311 | $92,423.20 | 26.71086 |
| Edwin Manfredy | 2/3/14 - 2/12/14 | 1 | 0 | 52 | 12 | $675.00 | $12.98 | 0 | $0.00 | $50.00 | $100.00 | $150.00 | 0.000484 | $72.31 | $0.00 | | $150.00 | 48.20594 |
| Andres Rodriguez | 5/13/2019 - 7/15/19 | 9 | 9 | 81 | 41 | $600.00 | $7.41 | 0 | $1,366.67 | $3,150.00 | $5,000.00 | $9,516.67 | 0.030695 | $4,587.60 | $1,366.67 | 335.6779 | $10,883.33 | 42.15251 |
| Jose Alcantara | 4/2016 - 1/2021 | 248 | 248 | 58.5 | 18.5 | $540.00 | $9.23 | 0 | $21,175.38 | $5,000.00 | $5,000.00 | $31,175.38 | 0.100554 | $15,028.39 | $21,175.38 | 70.97102 | $52,350.77 | 28.7071 |
| Norberto Rozon | 9/2012-9/2016 | 208 | 82 | 65 | 25 | $475.00 | $7.31 | 0 | $7,490.38 | $2,500.00 | $5,000.00 | $14,990.38 | 0.04835 | $7,226.26 | $7,490.38 | 96.47376 | $22,480.77 | 32.14416 |
| | | | | | | | | $53,379.00 | $125,457.98 | $56,300.00 | $74,900.00 | $310,036.98 | | 149,456.23 | | | $488,873.95 | 30.57153 |

**NOTES**

*For all Plaintiffs except Antonio Veras, Norberto Rozon, and Jose Alcantara, dates of service are taken from employer's records. These Plaintiffs' dates of service are self-reported.

*Damages under NYLL s. 195 are calculated taking into account that the Wage Theft Prevention Act took effect on February 1, 2011 and was amended as of February 27, 2015.

*Regular Rate of Pay (RROP) is calculated by dividing Average Weekly Wages Paid (column G) by Estimated Hours per Week (Column E).

*Cells highlighted in light green are estimates based on the average of all other plaintiffs' value for a given field.