UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
ALEJANDRO HUGGINS, on behalf of himself and
others similarly situated,

                  *Plaintiffs*,

    -against-

CHESTNUT HOLDINGS INC.; 1425 U LLC; and
JONATHAN WIENER,

                  *Defendants.*
-----------------------------------------------------------------------

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

Case 1:18-cv-1037 (PAC)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties to the above-entitled action, that the Negotiated Settlement Agreement Limited Releases in this matter having been reviewed by the Court and found to be fair and reasonable, that the above-captioned action and all claims therein shall be dismissed in its entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Limited Releases, provided, however, that the United States District Court for the Southern District of New York shall retain continuing jurisdiction to enforce and interpret the parties' settlement agreement; and

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and that a facsimile or electronic signature on this Stipulation shall have the same force and effect as an original signature.

MENKEN SIMPSON & ROZGER LLP
*Attorneys for Plaintiffs*

By: _____
Bruce E. Menken, Esq.
Brenna E. Rabinowitz, Esq.
80 Pine Street, 33rd Floor
New York, New York 10005-1702
(212) 509-1616
bmenken@nyemployeelaw.com
brabinowitz@nyemployeelaw.com

GIMIGLIANO MAURIELLO & MALONEY, P.A.
*Attorneys for Defendants*

By: _____
Robert W. Mauriello, Jr., Esq.
Joshua A. Druck, Esq.
163 Madison Avenue, Suite 500
P. O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360
rmauriello@lawgmm.com
jdruck@lawgmm.com

16 West 22nd Street, 10th Floor
New York, New York 10010
(646) 859-5800

Dated: New York, New York
Oct 28, 2021

Dated: New York, New York
October 29, 2021

SO ORDERED on this _5th_ day of _January_ 2022.

_____
Hon. Paul A. Crotty
United States District Judge